1    Jeffrey I. Hasson                                    Honorable Lonny R. Suko
     Attorney at Law
2    Davenport & Hasson, LLP
     12707 NE. Halsey Street
3    Portland, OR  97230
     Phone: (503) 255-5352
4    Facsimile No.: (503) 255-6124
     E-Mail: hasson@dhlaw.biz
5    Washington State Bar No. 23741

6        Attorney for Defendants

7

8

9                    UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF WASHINGTON

11   EARNES HEIB AND CHRISTINE          Case No.: 2:10-CV-00133-LRS
     HEIB, husband and wife,
12                                       ANSWER AND AFFIRMATIVE
         Plaintiff,                      DEFENSES OF DEFENDANTS
13
     vs.
14
     PAUL LAW OFFICES, PLLC; PAUL &
15   ASSOCIATES LAW OFFICES, PLLC;
     TRACY PAUL; and ARCHES
16   FINANCIAL, a Utah limited liability
     company,
17
         Defendants.
18

19           COMES NOW Defendants Paul Law Offices, PLLC (incorrectly named in the

20   case caption, and an assumed business name of Paul & Associates Law Offices,

21   PLLC), and Paul & Associates, PLLC ("Associates") (collectively "PLO") and Tracy

22   Paul ("Paul") and Arches Financial, LLC, ("Arches", and incorrectly named in the

ANSWER, AND AFFIRMATIVE DEFENSES OF          **DAVENPORT & HASSON, LLP**
DEFENDANTS  - 1                                    Attorneys at Law
Case No. 2:10-CV-00133-LRS                       12707 NE. Halsey Street
                                                  Portland, OR  97230
                                              Telephone No. (503) 255-5352
                                              Facsimile No. (503) 255-6124

case caption as "Arches Financial"), without waiving any objections, rights, and defenses relating to jurisdiction and process, hereby answers Plaintiff's complaint as follows:

## I.  ANSWER

1.1    Defendants admit this is an action for damages and remedies against the defendants pursuant to the named statutes, and denies liability, and denies the remaining allegations contained in Paragraph 1.1 of Plaintiff's Complaint.

1.2    Defendants admit this Court has jurisdiction over claims under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq. (FDCPA), and that this court could accept supplemental jurisdiction on claims under the Telephone Consumer Protection Act, 47 USC § 227 (TCPA), Washington Consumer Protection Act, RCW 19.86 et seq. (WCPA), and the Washington Collection Agency Act, RCW 19.16 et seq. (WCAA), but denies liability under the same, and, by that reason there is no subject matter jurisdiction, and denies personal jurisdiction over a separate defendant named Paul Law Offices, PLLC in that Paul Law Office, PLLC is an assumed name for Paul & Associates Law Offices, PLLC, and is not a separate entity, and therefore denies the remaining allegations contained in Paragraph 2.1 of Plaintiff's Complaint.

1.3    Defendants admit plaintiffs reside within the jurisdiction of this Court, and that venue is proper in this District, and denies the remaining allegations contained in Paragraph 2.2 of Plaintiff's Complaint.

1.4    Defendants lack sufficient information to admit or deny the allegations made in Paragraph 3.1 of Plaintiff's Complaint, and, therefore, denies the same.

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 2
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1      1.5    Defendants admit the allegations contained in Paragraph 3.2 of

2  Plaintiff's Complaint.

3      1.6    Defendants admit the allegations contained in Paragraph 3.3 of

4  Plaintiff's Complaint.

5      1.7    Defendants lack sufficient information to admit or deny the allegations

6  made in Paragraph 3.4 of Plaintiff's Complaint, and, therefore, denies the same.

7      1.8    Defendants admit the allegations contained in Paragraph 3.5 of

8  Plaintiff's Complaint.

9      1.9    Defendants admit the allegations contained in Paragraph 3.6 of

10  Plaintiff's Complaint.

11      1.10   Defendants deny the allegations contained in Paragraph 3.7 of

12  Plaintiff's Complaint.

13      1.11   Defendants admit the allegations contained in Paragraph 3.8 of

14  Plaintiff's Complaint.

15      1.12   Defendants lack sufficient information to admit or deny the allegations

16  made in Paragraph 3.9 of Plaintiff's Complaint, and, therefore, denies the same.

17      1.13   Defendants lack sufficient information to admit or deny the allegations

18  made in Paragraph 3.10 of Plaintiff's Complaint, and, therefore, denies the same.

19      1.14   Defendants deny the allegations made in Paragraph 3.11 of Plaintiff's

20  Complaint.

21      1.15   Defendants deny the allegations made in Paragraph 3.12 of Plaintiff's

22  Complaint.

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 3
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.16    Defendants deny the allegations made in Paragraph 3.13 of Plaintiff's Complaint.

1.17    Defendants deny the allegations made in Paragraph 3.14 of Plaintiff's Complaint.

1.18    Defendants lack sufficient information to admit or deny the allegations made in Paragraph 3.15 of Plaintiff's Complaint, and, therefore, denies the same.

1.19    Defendants deny the allegations made in Paragraph 3.16 of Plaintiff's Complaint.

1.20    Defendants deny the allegations made in Paragraph 3.17 of Plaintiff's Complaint.

1.21    Defendants deny the allegations made in Paragraph 3.18 of Plaintiff's Complaint.

1.22    Defendants deny the allegations made in Paragraph 3.19 of Plaintiff's Complaint.

1.23    Defendants admit the allegations made in Paragraph 3.20 of Plaintiff's Complaint.

1.24    Defendants admit the allegations made in Paragraph 3.21 of Plaintiff's Complaint.

1.25    Defendants admit the allegations made in Paragraph 3.22 of Plaintiff's Complaint.

1.26    Defendants admit Associates communicated with persons who identified themselves as Plaintiffs in an attempt to collect an obligation, and lacks

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 4
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    sufficient information to admit or deny the remaining allegations made in Paragraph

2    3.23 of Plaintiff's Complaint, and, therefore, denies the same.

3    1.27    Defendants deny the allegations made in Paragraph 3.24 of Plaintiff's

4    Complaint.

5    1.28    Defendants deny the allegations made in Paragraph 3.25 of Plaintiff's

6    Complaint.

7    1.29    Defendants deny the allegations made in Paragraph 3.26 of Plaintiff's

8    Complaint.

9    1.30    Defendants deny the allegations made in Paragraph 3.27 of Plaintiff's

10    Complaint.

11    1.31    Defendants deny the allegations made in Paragraph 3.28 of Plaintiff's

12    Complaint.

13    1.32    Defendants deny the allegations made in Paragraph 3.29 of Plaintiff's

14    Complaint.

15    1.33    Defendants deny the allegations made in Paragraph 3.30 of Plaintiff's

16    Complaint.

17    1.34    Defendants deny the allegations made in Paragraph 3.31 of Plaintiff's

18    Complaint.

19    1.35    Defendants deny the allegations made in Paragraph 3.32 of Plaintiff's

20    Complaint.

21    1.36    Defendants deny the allegations made in Paragraph 3.33 of Plaintiff's

22    Complaint.

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 5
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    1.37    Defendants admit the allegations made in Paragraph 4.1 of Plaintiff's

2  Complaint.

3    1.38    Defendants admit the allegations made in Paragraph 4.2 of Plaintiff's

4  Complaint.

5    1.39    Defendants Associates is a Utah professional limited liability company,

6  engaged in the business of collecting debts, and collects debts within the State of

7  Washington, and collects debts that were originally owed to another, and collects

8  debts within the jurisdiction of the Eastern District of Washington, and denies the

9  remaining allegations made in Paragraph 4.3 of Plaintiff's Complaint.

10    1.40    Defendants admit the allegations made in Paragraph 4.4 of Plaintiff's

11  Complaint.

12    1.41    Defendants admit the allegations made in Paragraph 4.5 of Plaintiff's

13  Complaint.

14    1.42    Defendants deny the allegations made in Paragraph 4.6 of Plaintiff's

15  Complaint.

16    1.43    Defendants deny the allegations made in Paragraph 4.7 of Plaintiff's

17  Complaint.

18    1.44    Defendants deny the allegations made in Paragraph 4.8 of Plaintiff's

19  Complaint.

20    1.45    Defendants admit the allegations made in Paragraph 4.9 of Plaintiff's

21  Complaint.

22    1.46    Defendants deny the allegations made in Paragraph 4.10 of Plaintiff's

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 6
Case No. 2:10-CV-00133-LRS

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    Complaint.

2        1.47    Defendants admit the allegations made in Paragraph 4.11 of Plaintiff's

3    Complaint.

4        1.48    Defendants deny the allegations made in Paragraph 4.12 of Plaintiff's

5    Complaint.

6        1.49    Defendants deny the allegations made in Paragraph 4.13 of Plaintiff's

7    Complaint.

8        1.50    Defendants deny the allegations made in Paragraph 4.14 of Plaintiff's

9    Complaint.

10        1.51    Defendants deny the allegations made in Paragraph 4.15 of Plaintiff's

11    Complaint.

12        1.52    Defendants deny the allegations made in Paragraph 4.16 of Plaintiff's

13    Complaint.

14        1.53    Defendants admit Associates and Arches occupy the address referred to,

15    and deny the remaining allegations made in Paragraph 4.17 of Plaintiff's Complaint.

16        1.54    Defendants deny the allegations made in Paragraph 4.18 of Plaintiff's

17    Complaint.

18        1.55    Defendants admit Paul is an owner in Arches and Associates, and deny

19    the remaining allegations made in Paragraph 4.19 of Plaintiff's Complaint.

20        1.56    Defendants deny the allegations made in Paragraph 4.20 of Plaintiff's

21    Complaint.

22        1.57    Defendants deny the allegations made in Paragraph 4.21 of Plaintiff's

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Complaint.

2      1.58    Defendants deny the allegations made in Paragraph 4.22 of Plaintiff's

3  Complaint.

4      1.59    Defendants admit the allegations made in Paragraph 4.23 of Plaintiff's

5  Complaint.

6      1.60    Defendants admit the allegations made in Paragraph 4.24 of Plaintiff's

7  Complaint.

8      1.61    Defendants deny the allegations made in Paragraph 4.25 of Plaintiff's

9  Complaint.

10     1.62    Defendants deny the allegations made in Paragraph 4.26 of Plaintiff's

11 Complaint.

12     1.63    Defendants admit the allegations made in Paragraph 4.27 of Plaintiff's

13 Complaint.

14     1.64    Defendants deny the allegations made in Paragraph 4.28 of Plaintiff's

15 Complaint.

16     1.65    Defendants admit the allegations made in Paragraph 4.29 of Plaintiff's

17 Complaint.

18     1.66    Defendants deny the allegations made in Paragraph 4.30 of Plaintiff's

19 Complaint.

20     1.67    Defendants admit the allegations made in Paragraph 4.31 of Plaintiff's

21 Complaint.

22     1.68    Defendants deny the allegations made in Paragraph 4.32 of Plaintiff's

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 8
Case No. 2:10-CV-00133-LRS

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Complaint.

1.69    Defendants admit the allegations made in Paragraph 4.33 of Plaintiff's Complaint.

1.70    Defendants deny the allegations made in Paragraph 4.34 of Plaintiff's Complaint.

1.71    Defendants admit the allegations made in Paragraph 4.35 of Plaintiff's Complaint.

1.72    Defendants deny the allegations made in Paragraph 4.36 of Plaintiff's Complaint.

1.73    Defendants admit the allegations made in Paragraph 4.37 of Plaintiff's Complaint.

1.74    Defendants admit the allegations made in Paragraph 4.38 of Plaintiff's Complaint.

1.75    Defendants deny the allegations made in Paragraph 4.39 of Plaintiff's Complaint.

1.76    Defendants admit calls were made by Associates to the Plaintiffs, but deny the remaining allegations made in Paragraph 5.1 of Plaintiff's Complaint.

1.77    Defendants deny the allegations made in Paragraph 5.2 of Plaintiff's Complaint.

1.78    Defendants deny the allegations made in Paragraph 5.3 of Plaintiff's Complaint.

1.79    Defendants lack sufficient information to admit or deny the allegations

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 9
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

made in Paragraph 5.4 of Plaintiff's Complaint, and, therefore, denies the same.

1.80    Defendants deny the allegations made in Paragraph 5.5 of Plaintiff's Complaint.

1.81    Defendants lack sufficient information to admit or deny the allegations made in Paragraph 5.6 of Plaintiff's Complaint, and, therefore, denies the same.

1.82    Defendants admit Associates have at a time been informed that Plaintiffs were represented by an attorney, and deny the remaining allegations made in Paragraph 5.7 of Plaintiff's Complaint.

1.83    Defendants lack sufficient information to admit or deny the allegations made in Paragraph 5.8 of Plaintiff's Complaint, and, therefore, denies the same.

1.84    Defendants admit Associates has attempted to communicate with Plaintiffs, and deny the remaining allegations made in Paragraph 5.9 of Plaintiff's Complaint.

1.85    Defendants lack sufficient information to admit or deny the allegations made in Paragraph 5.10 of Plaintiff's Complaint, and, therefore, denies the same.

1.86    Defendants admit Associates has attempted to communicate with Plaintiffs, and deny the remaining allegations made in Paragraph 5.11 of Plaintiff's Complaint.

1.87    Defendants lack sufficient information to admit or deny the allegations made in Paragraph 5.12 of Plaintiff's Complaint, and, therefore, denies the same.

1.88    Defendants admit Associates has attempted to communicate with Plaintiffs, and deny the remaining allegations made in Paragraph 5.13 of Plaintiff's

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Complaint.

2      1.89   Defendants admit the allegations made in Paragraph 5.14 of Plaintiff's

3  Complaint.

4      1.90   Defendants admit the allegations made in Paragraph 5.15 of Plaintiff's

5  Complaint.

6      1.91   Defendants deny the allegations made in Paragraph 5.16 of Plaintiff's

7  Complaint.

8      1.92   Defendants deny the allegations made in Paragraph 5.17 of Plaintiff's

9  Complaint.

10     1.93   Defendants admit Associates has attempted to communicate with

11 Plaintiffs, and deny the remaining allegations made in Paragraph 5.18 of Plaintiff's

12 Complaint.

13     1.94   Defendants admit Associates has attempted to communicate with

14 Plaintiffs, and deny the remaining allegations made in Paragraph 5.19 of Plaintiff's

15 Complaint.

16     1.95   Defendants admit Associates has attempted to communicate with

17 Plaintiffs, and deny the remaining allegations made in Paragraph 5.20 of Plaintiff's

18 Complaint.

19     1.96   Defendants admit Associates has attempted to communicate with

20 Plaintiffs on March 9, 2009, and deny the remaining allegations made in Paragraph

21 5.21 of Plaintiff's Complaint.

22     1.97   Defendants admit Associates has attempted to communicate with

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS - 11
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Plaintiffs, and deny the remaining allegations made in Paragraph 5.22 of Plaintiff's

2  Complaint.

3       1.98   Defendants admit Associates has attempted to communicate with

4  Plaintiffs, and deny the remaining allegations made in Paragraph 5.23 of Plaintiff's

5  Complaint.

6       1.99   Defendants admit Associates has attempted to communicate with

7  Plaintiffs on March 25, 2009, and deny the remaining allegations made in Paragraph

8  5.24 of Plaintiff's Complaint.

9       1.100  Defendants admit Associates has attempted to communicate with

10  Plaintiffs, and deny the remaining allegations made in Paragraph 5.25 of Plaintiff's

11  Complaint.

12       1.101  Defendants admit Associates has attempted to communicate with

13  Plaintiffs, and deny the remaining allegations made in Paragraph 5.26 of Plaintiff's

14  Complaint.

15       1.102  Defendants admit Associates has attempted to communicate with

16  Plaintiffs, and deny the remaining allegations made in Paragraph 5.27 of Plaintiff's

17  Complaint.

18       1.103  Defendants admit Associates has attempted to communicate with

19  Plaintiffs, and deny the remaining allegations made in Paragraph 5.28 of Plaintiff's

20  Complaint.

21       1.104  Defendants admit Associates has attempted to communicate with

22  Plaintiffs on April 30, 2009, and deny the remaining allegations made in Paragraph

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 12
Case No. 2:10-CV-00133-LRS

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    5.29 of Plaintiff's Complaint.

2        1.105  Defendants admit Associates has attempted to communicate with

3    Plaintiffs, and deny the remaining allegations made in Paragraph 5.30 of Plaintiff's

4    Complaint.

5        1.106  Defendants admit Associates has attempted to communicate with

6    Plaintiffs on May 8, 2009, and deny the remaining allegations made in Paragraph

7    5.31 of Plaintiff's Complaint.

8        1.107  Defendants admit Associates has attempted to communicate with

9    Plaintiffs, and deny the remaining allegations made in Paragraph 5.32 of Plaintiff's

10   Complaint.

11       1.108  Defendants admit Associates has attempted to communicate with

12   Plaintiffs, and deny the remaining allegations made in Paragraph 5.33 of Plaintiff's

13   Complaint.

14       1.109  Defendants admit Associates has attempted to communicate with

15   Plaintiffs, and deny the remaining allegations made in Paragraph 5.34 of Plaintiff's

16   Complaint.

17       1.110  Defendants deny the allegations made in Paragraph 5.35 of Plaintiff's

18   Complaint.

19       1.111  Defendants lack sufficient information to admit or deny the allegations

20   made in Paragraph 5.36 of Plaintiff's Complaint, and, therefore, denies the same.

21       1.112  Defendants deny the allegations made in Paragraph 5.37 of Plaintiff's

22   Complaint.

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 13
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.113  Defendants deny the allegations made in Paragraph 5.38 of Plaintiff's Complaint.

1.114  Defendants deny the allegations made in Paragraph 6.1 of Plaintiff's Complaint.

1.115  Defendants deny the allegations made in Paragraph 6.2 of Plaintiff's Complaint.

1.116  Defendants deny the allegations made in Paragraph 6.3 of Plaintiff's Complaint.

1.117  Defendants deny the allegations made in Paragraph 6.4 of Plaintiff's Complaint.

1.118  Defendants deny the allegations made in Paragraph 6.5 of Plaintiff's Complaint.

1.119  Defendants deny the allegations made in Paragraph 6.6 of Plaintiff's Complaint.

1.120  Defendants deny the allegations made in Paragraph 6.7 of Plaintiff's Complaint.

1.121  Defendants deny the allegations made in Paragraph 6.8 of Plaintiff's Complaint.

1.122  Defendants deny the allegations made in Paragraph 6.9 of Plaintiff's Complaint.

1.123  Defendants deny the allegations made in Paragraph 6.10 of Plaintiff's Complaint.

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.124  Defendants deny the allegations made in Paragraph 6.11 of Plaintiff's Complaint.

1.125  Defendants deny the allegations made in Paragraph 6.12 of Plaintiff's Complaint.

1.126  Defendants deny the allegations made in Paragraph 7.1 of Plaintiff's Complaint.

1.127  Defendants deny the allegations made in Paragraph 7.2 of Plaintiff's Complaint.

1.128  Defendants deny the allegations made in Paragraph 7.3 of Plaintiff's Complaint.

1.129  Defendants deny the allegations made in Paragraph 7.4 of Plaintiff's Complaint.

1.130  Defendants deny the allegations made in Paragraph 7.5 of Plaintiff's Complaint.

1.131  Defendants deny the allegations made in Paragraph 7.6 of Plaintiff's Complaint.

1.132  Defendants deny the allegations made in Paragraph 7.7 of Plaintiff's Complaint.

1.133  Defendants deny the allegations made in Paragraph 7.8 of Plaintiff's Complaint.

1.134  Defendants deny the allegations made in Paragraph 7.9 of Plaintiff's Complaint.

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 15
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1      1.135  Defendants deny the allegations made in Paragraph 8.1 of Plaintiff's

2  Complaint.

3      1.136  Defendants admit the allegations made in Paragraph 8.2 of Plaintiff's

4  Complaint.

5      1.137  Defendants admit the allegations made in Paragraph 8.3 of Plaintiff's

6  Complaint.

7      1.138  Defendants deny the allegations made in Paragraph 8.4 of Plaintiff's

8  Complaint.

9      1.139  Defendants deny the allegations made in Paragraph 8.5 of Plaintiff's

10  Complaint.

11      1.140  Defendants deny the allegations made in Paragraph 8.6 of Plaintiff's

12  Complaint.

13      1.141  Defendants deny the allegations made in Paragraph 8.7 of Plaintiff's

14  Complaint.

15      1.142  Defendants admit the allegations made in Paragraph 8.8 of Plaintiff's

16  Complaint.

17      1.143  Defendants deny the allegations made in Paragraph 8.9 of Plaintiff's

18  Complaint.

19      1.144  Defendants deny the allegations made in Paragraph 8.10 of Plaintiff's

20  Complaint.

21      1.145  Defendants deny the allegations made in Paragraph 8.11 of Plaintiff's

22  Complaint.

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 16
Case No. 2:10-CV-00133-LRS

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1      1.146 Defendants deny the allegations made in Paragraph 8.12 of Plaintiff's

2  Complaint.

3      1.147 Defendants deny the allegations made in Paragraph 8.13 of Plaintiff's

4  Complaint.

5      1.148 Defendants deny the allegations made in Paragraph 8.14 of Plaintiff's

6  Complaint.

7      1.149 Defendants deny the allegations made in Paragraph 8.15 of Plaintiff's

8  Complaint.

9      1.150 Defendants admit the allegations made in Paragraph 8.16 of Plaintiff's

10  Complaint.

11      1.151 Defendants deny the allegations made in Paragraph 8.17 of Plaintiff's

12  Complaint.

13      1.152 Defendants deny the allegations made in Paragraph 9.1 of Plaintiff's

14  Complaint.

15      1.153 Defendants lack sufficient information to admit or deny the allegations

16  made in Paragraph 9.2 of Plaintiff's Complaint, and, therefore, denies the same.

17      1.154 Defendants deny the allegations made in Paragraph 9.3 of Plaintiff's

18  Complaint.

19      1.155 Defendants deny the allegations made in Paragraph 9.4 of Plaintiff's

20  Complaint.

21      1.156 Defendants lack sufficient information to admit or deny the allegations

22  made in Paragraph 9.5 of Plaintiff's Complaint, and, therefore, denies the same.

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 17
Case No. 2:10-CV-00133-LRS

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    1.157  Defendants admit Associates uses an automated telephone dialing
2   system, and deny the remaining allegations made in Paragraph 9.6 of Plaintiff's
3   Complaint.

4    1.158  Defendants admit Associates has attempted to communicate with
5   Plaintiffs, and deny the remaining allegations made in Paragraph 9.7 of Plaintiff's
6   Complaint.

7    1.159  Defendants admit the allegations made in Paragraph 9.8 of Plaintiff's
8   Complaint.

9    1.160  Defendants deny the allegations made in Paragraph 9.9 of Plaintiff's
10   Complaint.

11    1.161  Defendants deny the allegations made in Paragraph 9.10 of Plaintiff's
12   Complaint.

13    1.162  Defendants deny the allegations made in Paragraph 9.11 of Plaintiff's
14   Complaint.

15    1.163  Defendants deny the allegations made in Paragraph 10.1 of Plaintiff's
16   Complaint.

17    1.164  Defendants deny the allegations made in Paragraph 10.2 of Plaintiff's
18   Complaint.

19    1.165  Defendants deny the allegations made in Paragraph 10.3 of Plaintiff's
20   Complaint.

21    1.166  Defendants deny the allegations made in Paragraph 10.4 of Plaintiff's
22   Complaint.

DAVENPORT & HASSON, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.167  Defendants deny the allegations made in Paragraph 10.5 of Plaintiff's Complaint.

1.168  Defendants deny the allegations made in Paragraph 10.6 of Plaintiff's Complaint.

1.169  Defendants deny the allegations made in Paragraph 10.7 of Plaintiff's Complaint.

1.170  Defendants deny the allegations made in Paragraph 10.8 of Plaintiff's Complaint.

1.171  Defendants deny the allegations made in Paragraph 10.9 of Plaintiff's Complaint.

1.172  Defendants deny the allegations made in Paragraph 10.10 of Plaintiff's Complaint.

1.173  Defendants deny the allegations made in Paragraph 10.11 of Plaintiff's Complaint.

1.174  Defendants deny the allegations made in Paragraph 10.12 of Plaintiff's Complaint.

1.175  Defendants deny the allegations made in Paragraph 10.13 of Plaintiff's Complaint.

1.176  Defendants deny the allegations made in Paragraph 10.14 of Plaintiff's Complaint.

1.177  Defendants deny the allegations made in Paragraph 10.15 of Plaintiff's Complaint.

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1.178  Except as so admitted, Defendants denies each and every allegation in Plaintiff's Complaint.

## II. AFFIRMATIVE DEFENSES

Having answered Plaintiff's complaint, Defendants alleges the following affirmative defenses.

2.1.  **Failure to State Claims**.

2.2.  **Statute of Limitations**.

2.3.  **Lack of Subject Matter Jurisdiction**.

2.4.  **Lack of Personal Jurisdiction over Arches**.

2.5.  **Claim Preclusion.**

2.6.  **Issue Preclusion.**

2.7.  **Failure to Mitigate Damages.**

2.8.  **Consent.**  Defendants had consent to contact Plaintiffs.

2.9.  **Established Business Relationship.**  The claims of Plaintiffs fail to the extent they had established business relationships with Defendants.

2.10.  **Failure to Mitigate.**  Plaintiffs failed to mitigate any damages which they may have suffered.

2.11.  **Lack of Injury.**  Plaintiffs have sustained no cognizable injury or damages.

2.12.  **Bonafide Error.**  Any violation of law, which is specifically denied, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

ANSWER, AND AFFIRMATIVE DEFENSES OF
DEFENDANTS  - 20
Case No. 2:10-CV-00133-LRS

**DAVENPORT & HASSON, LLP**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    2.13.  **Good Faith Reliance.**  At all pertinent times, Defendants acted in

2  good faith reliance on the information provided by the creditor or original creditor

3  of the account.

4    2.14.  **Good Faith.**  Defendants acted in good faith at all times.

5    2.15.  **No False Statements.**  Defendants did not make any false or

6  misleading representation to Plaintiffs or anyone else.

7    2.16.  **Lack of Public Interest.**  Defendants' actions were not injurious to the

8  public, were motivated by legitimate business concerns and were reasonable in

9  relation to the development and preservation of its business interests.

10                                  III. PRAYER

11    Wherefore having fully answered Plaintiff's complaint, having interposed

12  affirmative defenses, Defendants pray for the following relief:

13    3.1.    Dismissal of the Action with prejudice, and with costs and attorney fees

14  to Defendant.

15    3.2.    For such other and further relief as may be provided by law.

16    Dated   June 2, 2010.

17                            DAVENPORT & HASSON, LLP

18                            s/ Jeffrey I. Hasson
                            WSBA No. 23741
19                            Davenport & Hasson, LLP
                            12707 NE Halsey St.
20                            Portland, OR 97230
                            Telephone:  (503) 255-5352
21                            Fax:  (503) 255-6124
                            E-Mail:  hasson@dhlaw.biz
22
                            ***Attorney for Defendants***

ANSWER, AND AFFIRMATIVE DEFENSES OF        D A V E N P O R T  &  H A S S O N,  L L P
DEFENDANTS  - 21                                      Attorneys at Law
Case No. 2:10-CV-00133-LRS                          12707 NE. Halsey Street
                                                    Portland, OR  97230
                                                Telephone No. (503) 255-5352
                                                Facsimile No. (503) 255-6124