Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EARNEST HEIB and CHRISTINE HEIB husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL LAW OFFICES, PLLC; PAUL & ASSOCIATES LAW OFFICES, PLLC; TRACY PAUL; and ARCHES FINANCIAL, a Utah limited liability Company,<br><br>Defendants. | Case No.: CV-10-133-LRS<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

Pursuant to the joint motion and stipulation of the parties, Ct. Rec. 16, **IT IS HEREBY ORDERED** that the parties' motion of dismissal is hereby GRANTED. The above-entitled cause of action shall be DISMISSED WITH PREJUDICE and without an award of attorney's fees or costs to any party. The District Court Executive is directed to CLOSE FILE..

It is so ORDERED this 22nd[th] day of July, 2010.

*s/Lonny R. Suko*

Hon. Lonny R. Suko
United States District Court
Eastern District of Washington

ORDER DISMISSING WITH
PREJUDICE  -1-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611